FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 18 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

WESTCHESTER FIRE INSURANCE COMPANY,

        Plaintiff,

v.

TYREE SERVICE CORP., TYREE ENVIRONMENTAL CORP., TYREE HOLDINGS CORP., AMINCOR, INC. AND TYREE EQUIPMENT CORP.,

        Defendants.

-----------------------------------------------------------x

14 CV 5222 (ADS-GRB)

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendants Tyree Service Corp., Tyree Environmental Corp., Tyree Holdings Corp., Amincor, Inc., and Tyree Equipment Corp. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

_____
Susanna Requets
GOTTESMAN, WOLGEL, FLYNN,
WEINBERG & LEE, P.C.
*Attorneys for Plaintiff*
*Westchester Fire Insurance Company*
11 Hanover Square, 4th Floor
New York, NY 10005
Phone: (212) 495-0100
Email: srequets@gottesmanlaw.com

_____
Scott A. Brody
BRODY, O'CONNOR & O'CONNOR, ESQS.
*Attorneys for Defendants*
*Tyree Service Corp., Tyree Environmental Corp., Tyree Holdings Corp., Amincor, Inc. and Tyree Equipment Corp.*
810 Seventh Avenue, Suite 2700
New York, NY 10019
Phone: (212) 233-2505
Email: Scott.Brody@brodyoconnor.com

Dated: 3/17/15

Dated: 3/11/14

So ordered. Case closed.

s/ Arthur D. Spatt

Arthur D. Spatt, U.S.D.J.

3/18/15